# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bissoon, Cathy | 2. Court or Organization<br><br>US District Court for the Western District of Pa. | 3. Date of Report<br><br>07/21/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street<br>Suite 3250<br>Pittsburgh, PA 15219 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Sheldon Calvary Camp |
| 2. | Board Member | Federal Judges Association |
| 3. | Executive Committee | Q. Todd Dickinson Intellectual Property American Inn of Court |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 07/21/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | SAE International -- Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYIPLA | 3/22/19-3/23/19 | New York, NY | Annual Dinner for the Judiciary | Hotel, transportation, meals for me and spouse |
| 2. | Federal Judges Association | 4/15/19-4/16/19 | Dallas, TX | FJA Board Meeting | Hotel, transportation, meals |
| 3. | AIPLA | 1/29/19-1/31/19 | Tampa, FL | Speaking on panel | Hotel, transportation, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 07/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. -Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |
| 3. -AMG Times Square Small Cap Growth Fund Cl. I N/L* | | None | | | Sold | 01/25/19 | J | A | |
| 4. -AMG River Road Small Cap Value Fund Cl. I N/L | A | Dividend | K | T | | | | | |
| 5. -AQR Managed Futures Strategy Fund Class I N/L* | | None | | | Sold | 02/07/19 | K | A | |
| 6. -Baird Aggregate Bond Fund Instl. Class N/L | A | Dividend | K | T | | | | | |
| 7. -Brown Advisory Growth Equity Fund Institutional Shrs.* | | None | L | T | | | | | |
| 8. -Clarkston Parners Fund Instl. Class N/L | A | Dividend | J | T | | | | | |
| 9. -Columbia Dividend Income Fund CL N/L | A | Dividend | K | T | Buy | 11/21/19 | K | | |
| 10. -Europacific Growth Fund Class F2 | A | Dividend | K | T | | | | | |
| 11. -Harding Loevner Emerg. Mkts. Port Fund Advisor CL N/L | A | Dividend | K | T | Buy | 06/12/19 | K | | |
| 12. -Hartford Midcap Fund Class I N/L | | None | K | T | | | | | |
| 13. -John Hancock Disciplined Val. Inst. | A | Dividend | L | T | | | | | |
| 14. -JPMorgan Mid Cap Val. Fund Class L N/L** | | None | | | Sold | 11/21/19 | K | A | |
| 15. -JPMorgan US Large Cap Core Plus Fund Sel. Cl. N/L*** | A | Dividend | | | Sold | 08/14/19 | L | A | |
| 16. -Lazard Emerging Markets Equity Port Inst. Shrs. N/L** | | None | | | Sold | 06/12/19 | J | A | |
| 17. -Metropolitan West Total Return Bond Fund Class I | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -MFS Int'l Growth Fund Class I N/L | A | Dividend | K | T | | | | | |
| 19. | -MFS Research Fund Class I N/L* | A | Dividend | L | T | | | | | |
| 20. | -Pimco Low Duration Fund Class I2 N/L | A | Dividend | K | T | Buy | 02/07/19 | K | | |
| 21. | -T. Rowe Price US Equity Research Fund Invest. Class N/L | A | Dividend | K | T | Buy | 08/14/19 | K | | |
| 22. | -SEI US Managed Volatility Fund Class Y | A | Dividend | K | T | | | | | |
| 23. | -Victory Trivalent Int'l Small Cap Fund Class Y N/L | A | Dividend | K | T | | | | | |
| 24. | -Wasatch Small Cap Growth Fund Inst. Class N/L | | None | K | T | Buy | 11/21/19 | K | | |
| 25. | -Wells Fargo Special Mid Cap Value FD Class I N/L | A | Dividend | K | T | Buy | 11/21/19 | K | | |
| 26. | -Wells Fargo Int'l Value Fund Class I N/L | A | Dividend | K | T | | | | | |
| 27. | | | | | | | | | | |
| 28. | IRA#2 | | | | | | | | | |
| 29. | -Raymond James Bank Deposit Progam | A | Interest | J | T | | | | | |
| 30. | -AQR Large Cap Defensive Style Fund Class I N/L | A | Dividend | K | T | Buy | 11/25/19 | K | | |
| 31. | -American Mutual Fund Class F2-American Fds. N/L | B | Dividend | L | T | | | | | |
| 32. | -AQR Managed Futures Strategy Fund Class N N/L | | None | | | Sold | 02/05/19 | K | B | |
| 33. | -Artisan Int'l Fund Investor Class N/L | A | Dividend | K | T | | | | | |
| 34. | -Baird Aggregate Bond Fund Instl. Class N/L | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -Champlain Mid Cap Fund Investor Class N/L* | A | Dividend | K | T | | | | | |
| 36. | -Clearbridge Dividend Strategy Fund Cl. A M/F | A | Dividend | K | T | | | | | |
| 37. | -Dodge & Cox Income Fund N/L | B | Dividend | L | T | | | | | |
| 38. | -Europacific Growth Fund Cl. F2-American Fds. N/L | A | Dividend | K | T | | | | | |
| 39. | -Federated Short Term Income FD Institutional Shares N/L | A | Dividend | K | T | | | | | |
| 40. | -Harding Loevner Emerg. Mkts. Port Fd. Adv. Cl. N/L | A | Dividend | K | T | | | | | |
| 41. | -John Hancock Disciplined Val. Mid Cap. Fd. Cl. I N/L | A | Dividend | K | T | | | | | |
| 42. | -JPMorgan US Large Cap Core Plus Fd. Se. Cl. N/L | A | Dividend | | | Sold | 08/13/19 | L | A | |
| 43. | -Loomis Sayles Growth Fd. Cl. Y N/L Natixis Advisors | A | Dividend | L | T | | | | | |
| 44. | -Metropolitan West Total Return Bond Fund Class I | B | Dividend | L | T | | | | | |
| 45. | -MFS Research Fund Class I N/L* | A | Dividend | L | T | | | | | |
| 46. | -Pimco Low Duration Fund Class I2 N/L | A | Dividend | K | T | Buy | 11/22/19 | K | | |
| 47. | -PGIM Absolute Return Bond Fund Class Z N/L**** | B | Dividend | K | T | | | | | |
| 48. | -T. Rowe Price US Equity Research Fund Class N/L | A | Dividend | L | T | Buy | 08/13/19 | L | | |
| 49. | -T. Rowe Price Small Cap Val. Fd. Adv. Class N/L | A | Dividend | K | T | | | | | |
| 50. | -Wells Fargo Int'l Value Fund Class I N/L | A | Dividend | K | T | | | | | |
| 51. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Brokerage Account #1 | | | | | | | | | |
| 53. -Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |
| 54. -American Funds-New Perspective Fund Class A | A | Dividend | L | T | | | | | |
| 55. -American Funds-Growth Fund of America Class A | A | Dividend | L | T | | | | | |
| 56. -American Funds-Capital World Growth and Income Fund Class A | A | Dividend | K | T | | | | | |
| 57. -American Funds-Washington Mutual Investors Class A | A | Dividend | L | T | | | | | |
| 58. | | | | | | | | | |
| 59. Other Accounts and Holdings | | | | | | | | | |
| 60. -Wesbanco (Savings) | A | Interest | J | T | | | | | |
| 61. -Ally Bank (Savings) | B | Interest | M | T | | | | | |
| 62. -Ally Bank (Savings) | A | Interest | J | T | | | | | |
| 63. -The Walt Disney Company | A | Dividend | J | T | | | | | |
| 64. -Pet Ecology Brands (Common) | | None | | | Sold | 07/30/19 | J | | |
| 65. -Biomass Secure Power | | None | | | Sold | 07/30/19 | J | | |
| 66. -College Inv. Dir. Portfolio Coll. Sav. Plan Conservative | A | Int./Div. | J | T | | | | | |
| 67. -College Inv. Dir. Portfolio Coll. Sav. Plan Conservative | A | Int./Div. | M | T | | | | | |
| 68. -First Commonwealth Bank (Savings/ Checking) | A | Interest | J | T | Open | 12/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* The following funds went through a share class conversion in 2019, resulting in an altered name of the fund:   Brown Advisory Growth Equity Fund Institutional Shrs (previously Brown Advisory Growth Equity Fund Investor Shrs);  Champlain Mid Cap Fund Investor Class (previously Champlain Mid Cap Fund Advisor Class).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy Bissoon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544